UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUNDA SANDERS,<br>Plaintiff,<br>v.<br>WAL-MART STORES, INC., *et al.*,<br>Defendants. | Case No. 1:26-cv-04641-JLT-EPG<br>ORDER FOR PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO APPEAR<br>(ECF No. 10) |

Plaintiff, proceeding *pro se*, originally filed this action in the Fresno County Superior Court on April 30, 2026. (ECF No. 1-1). On June 16, 2026, Defendants removed the action to this Court, (ECF No. 1), and the mandatory initial scheduling conference was set for September 1, 2026, at 11:00 a.m., (ECF No. 2). On August 10, 2026, the Court entered an Order continuing the mandatory initial scheduling conference to September 16, 2026, at 10:00 a.m. (ECF No. 8). Plaintiff failed to appear for the initial scheduling conference, and according to the scheduling report filed by Defendants, Plaintiff failed to participate in the Rule 26(f) conference or preparation of the joint scheduling report.

Accordingly, IT IS ORDERED as follows:

1. Plaintiff shall show cause as to why sanctions should not issue for Plaintiff's failure to attend the conference and failure to participate in the Rule 26(f) conference or preparation of the joint scheduling report.
2. Plaintiff has until September 23, 2026, to file a written response to this order.

3. After reviewing Plaintiff's response, the Court will further consider whether sanctions are appropriate, including dismissal of the case for failure to prosecute and obey a court order.

IT IS SO ORDERED.

Dated: **September 16, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE